UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. CV F 13-1222 LJO SAB |
| Plaintiff, | **ORDER TO DISMISS CERTAIN DEFENDANT** (Doc. 9.) |
| vs. | |
| THE DESMOND FAMILY REAL ESTATE LIMITED PARTNERSHIP, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendant KFC Corporation only.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **October 10, 2013**           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1