David L. Emerzian, # 222930       (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants
THE DESMOND FAMILY REAL ESTATE LIMITED
PARTNERSHIP, a California Limited Partnership; J.F.
DESMOND FAMILY PARTNERSHIP, a California
Limited Partnership dba KFC;

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>THE DESMOND FAMILY REAL ESTATE LIMITED PARTNERSHIP, a California Limited Partnership; J.F. DESMOND FAMILY PARTNERSHIP, a California Limited Partnership dba KFC,<br><br>    Defendants. | Case No.  1:13-cv-01222 LJO SAB<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that subject to Court approval, Defendants THE DESMOND FAMILY REAL ESTATE LIMITED PARTNERSHIP, a California Limited Partnership; J.F. DESMOND FAMILY PARTNERSHIP, a California Limited Partnership dba KFC, shall have a second extension to and including October 29, 2013, to respond to Plaintiff RONALD MOORE's Complaint.

The Parties are engaging in meaningful settlement discussions and wish to have the opportunity to explore a resolution without incurring the fees necessary to respond to the complaint, or in unnecessarily using court resources.  This extension does not alter or affect any date or event already set by Court order, but exceeds the maximum 28 day extension permissible

without leave of Court

    This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the same Stipulation.

Dated: October 10, 2013                              McCORMICK, BARSTOW, SHEPPARD,
                                                                     WAYTE & CARRUTH LLP

By: /s/ David L. Emerzian
     David L. Emerzian
    Attorneys for Defendants
  WENDY'S OF FRESNO, INC., THE
  DESMOND FAMILY REAL ESTATE
      LIMITED PARTNERSHIP

Dated: October 10, 2013                                        MOORE LAW FIRM, P.C.

By: /s/ Tanya E. Moore
     Tanya E. Moore
    Attorneys for Plaintiff
      RONALD MOORE

## ORDER

Pursuant to stipulation between the parties and good cause appearing,

IT IS HEREBY ORDERED that Defendants THE DESMOND FAMILY REAL ESTATE LIMITED PARTNERSHIP, a California Limited Partnership; and J.F. DESMOND FAMILY PARTNERSHIP, a California Limited Partnership dba KFC;, shall have an extension of time to and including October 29, 2013 to respond to Plaintiff RONALD MOORE's Complaint.

IT IS SO ORDERED.

Dated:  **October 11, 2013**                                                 
                                                     UNITED STATES MAGISTRATE JUDGE