UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | **CASE NO. CV F 13-1222 LJO SAB** |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | **(Doc. 13.)** |
| THE DESMOND FAMILY REAL ESTATE LIMITED PARTNERSHIP, et al., | |
| Defendants. | |

Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than December 5, 2013**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the **November 12, 2013 scheduling conference**, which is subject to immediate resetting if the parties fail to complete settlement timely.

Failure to comply with this order will be grounds for the imposition of sanctions on

1

counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated: **November 6, 2013**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE