1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE, | Case No. 1:13-CV-01222-LJO-SAB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| vs. | |
| THE DESMOND FAMILY REAL ESTATE LIMITED PARTNERSHIP, a California Limited Partnership; J.F. DESMOND FAMILY LIMITED PARTNERSHIP, a California Limited Partnership dba KFC; KFC CORPORATION dba KFC, | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action **with prejudice,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:  December 5, 2013                MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorneys for Plaintiff
                                        Ronald Moore

*Moore v. The Desmond Family Real Estate Limited Partnership, et al.*
Notice of Voluntary Dismissal of Action With Prejudice; [Proposed] Order

Page 1

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **December 6, 2013**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

*Moore v. The Desmond Family Real Estate Limited Partnership, et al.*
Notice of Voluntary Dismissal of Action With Prejudice; [Proposed] Order